# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| SPRATT SAVINGS BANK AND SOUTH CAROLINA I-77 ALLIANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE & CO., <br><br> Defendant. | CASE NO. 0:25-cv-2799-SAL <br><br> **NOTICE OF REMOVAL TO FEDERAL COURT** |

Defendant JPMorgan Chase & Co. ("JPMorgan"), by and through its undersigned counsel, hereby removes Case No. 2025CP1200133 from the Court of Common Pleas, County of Chester, South Carolina, to the United States District Court for the District of South Carolina, Rock Hill Division, pursuant to §§ 1332, 1441, and 1446 of Title 28 of the United States Code.

1. Plaintiffs commenced this action on February 26, 2025, by filing its Complaint in the Chester County Court of Common Pleas. JPMorgan was served with the Summons and Complaint on March 5, 2025, a true and correct copy of which is attached hereto as <u>Exhibit A</u>.

2. The Complaint alleges that Plaintiff South Carolina I-77 Alliance, Inc., issued a check (No. 2205) on February 1, 2024, in the amount of $96,040.26 to Pike Engineering, LLC. *See* Compl., ¶ 6. Plaintiffs allege that JPMorgan subsequently

60413547 v1

presented the check for payment to Plaintiff Spratt Savings Bank, but that the payee on the check was altered from Pike Engineering, LLC to "Stephen Pycraft." *Id.* at ¶¶ 8-9. The Complaint asserts claims against JPMorgan for breach of warranty under Article 4 of the Uniform Commercial Code ("UCC") and conversion under Article 3 of the UCC. *Id.* at ¶¶ 12-29.

3. This Notice of Removal is timely, in accordance with 28 U.S.C. § 1446(b)(1), because less than thirty (30) days have elapsed since JPMorgan was purportedly served with Plaintiffs' initial pleading. JPMorgan was purportedly served with process in this action on March 5, 2025. *See* Exhibit A.

4. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon JPMorgan in said action is attached hereto as Exhibit A.

5. Venue for this removal is proper pursuant to 28 U.S.C. §1441(a), because the original action was filed in Chester County, South Carolina, which is within this District and Division, and Plaintiffs reside and/or are located in this Division and District. *See,* Compl., ¶¶ 1-2.

6. This is a civil action in which there is complete diversity of citizenship between Plaintiffs and JPMorgan. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1441 because it could have been filed in this Court under 28 U.S.C. § 1332.

7. JPMorgan is and was at the time of the filing of the Complaint a Delaware corporation with its principal place of business in New York. *See Dusek v. JPMorgan Chase & Co.*, 132 F. Supp. 3d 1330, 1335 (M.D. Fla. 2015). Thus, JPMorgan is a citizen of Delaware and New York for diversity purposes. *See* 28 U.S.C. § 1332(c)(1). Plaintiff Spratt Savings Bank is a South Carolina corporation with its principal place of business in South Carolina.[1] *See* Exhibit B. Plaintiff South Carolina I-77 Alliance, Inc. is also a South Carolina non-profit corporation with its principal place of business in South Carolina. *See,* Compl., ¶ 2. Therefore, Plaintiffs are both citizens of South Carolina. As a result, complete diversity of citizenship exists between Plaintiffs (South Carolina) and JPMorgan (Delaware and New York).

8. The amount in controversy in this action also exceeds $75,000. Plaintiffs seek relief relating to an allegedly altered check in the amount of $96,040.26. *See* Compl., ¶¶ 6 & 9. Plaintiffs also seek "compensation for expenses," punitive damages and attorneys' fees. *See* Compl., at ¶¶ 21-22, 29 and *ad damnum* clause. Thus, the amount in controversy in this action exceeds the jurisdictional requirement. *See* U.S.C. § 1332(a).

---

[1] The Complaint asserts that Spratt Savings Bank is a "federally chartered bank," however, the South Carolina Secretary of State confirms that Spratt Savings Bank is actually a South Carolina corporation with its principal place of business in South Carolina. *Compare* Exhibit B *with* Compl. ¶ 1. But even if it were a "federally chartered bank," diversity would still be present because Spratt Savings Bank's main office is in South Carolina. *See Wachovia Bank v. Schmidt*, 546 U.S. 303, 307 (2006); Exhibit B.

60413547 v1

9. Pursuant to 28 U.S.C. §1446(d), written notice of this Notice of Removal will be given promptly to the Plaintiffs by the undersigned counsel for JPMorgan, and copies of this Notice will be filed promptly with the Clerk of the Court for Common Pleas for Chester County, South Carolina.

10. This case is removed subject to and without waiver of any challenges that JPMorgan may have as to any claims or defenses that may be available to it.

WHEREFORE, PREMISES CONSIDERED, JPMorgan prays that this Court assume full jurisdiction over this action as provided for by law. JPMorgan further prays for general relief.

Dated: April 3rd, 2025　　　　　　　　　**BURR & FORMAN LLP**

*s/ G. Wade Leach, III*
Wade Leach, III, Fed. ID No. 13412
1221 Main Street, Suite 1800 (29201)
Post Office Box 11390
Columbia, SC 29211
Ph: 803.799.9800
Fax: 803.933.1438
Email: wleach@burr.com

***Attorney for Defendant JPMorgan Chase & Co.***

4

60413547 v1