**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION**

| | |
|---|---|
| Spratt Savings Bank and South Carolina I-77 Alliance, Inc., <br><br> PLAINTIFFS, <br><br> v. <br><br> JPMorgan Chase Bank, N.A., <br><br> DEFENDANT. | Case No.: 0:25-cv-02799-SAL <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(ii), Plaintiffs Spratt Savings Bank and South Carolina I-77 Alliance, Inc. and Defendant JPMorgan Chase Bank, N.A. hereby stipulate to the dismissal with prejudice of the foregoing action, each party to bear their own costs and fees.

Respectfully submitted, this 17th day of June, 2026.


**ADAMS & REESE LLP**

*/s/ Lyndey R. Z. Bryant*
Lyndey R. Z. Bryant (Federal ID 11506)
1221 Main Street, Suite 1200
Columbia, SC 29201
(803) 212-6518
*lyndey.bryant@arlaw.com*
*Attorneys for Plaintiffs*

**BURR & FORMAN, LLP**

*/s/ G. Wade Leach, III*
G. Wade Leach, III (Federal ID 13412)
1221 Main Street, Suite 1800
PO Box 11390 (29211)
Columbia, SC  29201
(803) 799-9800
*wleach@burr.com*
*Attorneys for Defendant*

68918149 v1